IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No: 3:07CR79

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUBEN NOYOLA GARCIA

    Defendant.

ORDER ADMITTING
MOTION *PRO HAC VICE*

**FOR GOOD CAUSE SHOWN**, and on Motion Pro Hac Vice (Document #58) filed July 17, 2007, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Juan Palacios Jr. of Palacios & Love in Edinburg, Texas be admitted to practice *pro hac vice* before this Court in order to represent Defendant, Ruben Noyola Garcia in the above-captioned case.

Signed: July 18, 2007

David C. Keesler
United States Magistrate Judge