UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07-cr-00079-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| vs. ) | |
| (7) RUBEN NOYOLA GARCIA, ) | ORDER |
| Defendant. ) | |

THIS MATTER is before the Court on Defendant's pro se Motion to Reduce Sentence (Doc. No. 453). Also before the Court are Defendant's pro se Addendum to Motion to Reduce Sentence (Doc. No. 461) and pro se Motion to Amend Presentence Investigation Report (Doc. No. 451).

The Court hereby ORDERS the Government to respond to Defendant's motions and addendum. The Government shall have **thirty (30) days** from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

IT IS SO ORDERED.

Signed: August 26, 2020

Frank D. Whitney
United States District Judge

1